UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHANIE BALCERZAK

v.                                            CASE NO. 3:14 CV 1862 (RNC) (DFM)

NATIONAL CREDIT SYSTEMS, INC.     September 28, 2015

STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendant stipulate that the complaint herein may be dismissed in accordance with the parties' settlement agreement, without costs or fees to any party.

THE PLAINTIFF

By__/s/ Joanne S. Faulkner___
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511
(203) 772-0395

THE DEFENDANT

*Sabato P. Fiano / ct18879*

By___/s/ Sabato P. Fiano ct18879
Sabato P. Fiano
Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
5th Floor
Bridgeport, CT 06604
Tele: (203) 332-5791
Fax: (203) 333-1489
sfiano@znclaw.com